IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. __5:23CV-84-BJB__

ALESSANDRA STEPP BENITEZ                                          PLAINTIFF

vs.          <u>NOTICE OF REMOVAL OF CIVIL ACTION NO. 23-CI-00455
FROM CHRISTIAN CIRCUIT COURT,
CHRISTIAN COUNTY, KENTUCKY</u>
***Electronically Filed***

MIDWEST LOGISTICS SYSTEMS LTD.
and SAMERIAL STALLWORTH                                  DEFENDANTS

\* \* \* \* \*

       Comes the Petitioner, Midwest Logistics Systems LTD., by counsel, and files this notice of removal of Civil Action Number 23-CI-00455 from the Circuit Court of Christian County Kentucky, to the United States District Court for the Western District of Kentucky, Paducah Division. In support of this filing, Petitioner states as follows:

       1.      Petitioner, Midwest Logistics Systems Ltd., is a Defendant in a civil action brought against it in the Circuit Court of Christian County, Kentucky, titled *Alessandra Stepp Benitez v. Samerial Stallworth and Midwest Logistics Systems LTD.,* bearing Civil Action Number 23-CI-00455.

       2.      Copies of all process, pleadings, and orders served on or by Petitioner in the state court action are attached hereto as Exhibit A.

       3.      Said action was commenced by the filing of a complaint against Petitioner and Defendant Stallworth in Christian County, Kentucky Circuit Court on or about May 16, 2023. There is no indication in the Christian County Circuit Court record for this case that Defendant Stallworth has been served. The complaint indicates that service was

attempted via certified mail. A search of the tracking number shown on Courtnet for the service document sent to Defendant Stallworth revealed that the United States Postal Service is returning or has returned the summons and complaint package because the addressee was not known at the delivery address on the package. Petitioner Midwest Logistics Systems LTD. received notice of the claim via service through CT Corporation, its agent for service of process in the Commonwealth, on or about May 22, 2023.

4. The controversy between Plaintiff, Defendant Stallworth and Petitioner Midwest Logistics Systems LTD is a controversy between citizens of different states.

(a) Plaintiff, Alessandra Stepp Benitez, has been identified in the complaint as a citizen of Kentucky, and based upon reasonable information and belief, was residing in Kentucky as a citizen on the date of the subject accident, and at all times thereafter, through and including the present time.

(b) Defendant Samerial Stallworth, is a resident and citizen of the state of Alabama and was residing in Alabama as a citizen on the date of the subject accident, and at all times thereafter, through and including the present time.

(c) Petitioner, Midwest Logistics Systems LTD., is a limited liability company registered in Ohio with its principal place of business located in Celina, Ohio. Midwest Logistics Systems LTD. is a citizen of the state of Ohio. The sole member of Midwest Logistics Systems LTD. is DEE Holdings, Inc., which is incorporated in the state of Ohio, with its principal place of business in Celina, Ohio. Midwest Logistics Systems LTD., is wholly owned by its parent company, DEE Holdings, Inc., which is not publicly held and has no stock publicly issued.

(d) To the best of Petitioner's knowledge and information, Plaintiff will claim as damages a sum of money exceeding Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. Plaintiff's complaint states that as a result of the subject accident, she has sustained serious and permanent injuries to her body, causing her to incur bills and charges for physicians and other medical treatment, great physical and mental pain and anguish, the loss of enjoyment of life, and impairment of earning capacity. Plaintiff further asserts that as a result of the accident, she will continue to suffer such damages in the future, as her injuries are permanent in nature, and are at increased likelihood of future complications. Plaintiff has provided records of medical expenses to Petitioner's counsel that purport to total over $200,000.00. Plaintiff asserts in numbered paragraph 6 of her complaint that "[t]he amount in controversy [of the litigation] exceeds $75,000.00". Plaintiff's counsel's settlement demand to Defendants far exceeds $75,000.00.

5. The pending action is one that may be removed to this Court, and this notice of removal is filed pursuant to 28 U.S.C. § 1441, *et seq.* (including § 1446(b)) within thirty (30) days of Petitioner Midwest Logistics Systems LTD. receiving notice of the subject lawsuit through service of the complaint.

WHEREFORE, Petitioner prays that this notice of removal be filed; that said action being Civil Action Number 23-CI-00455 currently in the Christian Circuit Court, be removed to and proceed in this Court; and that no other further proceedings be had in the Circuit Court of Christian County, Kentucky.

        Respectfully submitted,

| | |
|---|---|
| DANIEL E. MURNER | (No. 82715) |
| ELIZABETH WINCHELL | (No. 92088) |
| LACEY FIORELLA | (No. 92006) |
| ESTEE ROSE | (No. 99038) |
| ZONYA MYERS | (No. 100060) |

LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY 40588-0951
Telephone: (859) 255-2424

BY: /s/Daniel E. Murner
COUNSEL FOR PETITIONER,
MIDWEST LOGISTICS SYSTEMS LTD.

### CERTIFICATE OF SERVICE

I hereby certify that on June 5th, 2023, the foregoing was filed through CM/ECF system, and was sent by mail to:

Adrian Mendiondo (amendiondo@forthepeople.com)
MORGAN & MORGAN, Kentucky PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
*Counsel for Plaintiff,*
*Alessandra Stepp Benitez*

Samerial Stallworth
2800 Riverview Rd., #316
Birmingham, AL 35242
*Defendant*

BY: /s/Daniel E. Murner
COUNSEL FOR PETITIONER,
MIDWEST LOGISTICS SYSTEMS LTD.

4868-1655-9206, v. 1